We've read the briefs and we're looking forward to the argument. Good morning. My name is Michael Stein. I'd like to reserve ten minutes at the end. Did I hear you say ten minutes? Five minutes. Please try to keep track of your own time. Yes, I will. And because we have twenty minutes instead of ten, I won't be quite so indulgent if you run over. Okay. Okay. The crux of this case with respect to the book, The Federal Mafia, comes down to three issues. Is it false misleading commercial speech? Does it incite eminent lawlessness? And does it aid in a bet? And the answer, we believe, to all three is no. We also have the issues of the forced speech on the website, as well as the reader list, which we'll address as well. This book is not a how-to book. The Court, we believe, erred in misapplying the test on commercial speech. The Court believed that there was a two-part test, or two different tests that can be applied, one, a pure commercial speech test, and the two, this broader speech dealing with the economic interests of the speaker and the reader. In the case that recently came down from this Court, which was cited as American Academy of Pain Management v. Joseph in January of 2004, the Court made it clear that we just have one test for commercial speech, and that is expression related solely to the economic interests of the speaker and his audience, and does no more than propose a commercial transaction. Now, I understand I'm not describing this book, but I'm describing something that might help me understand your position in this case. What if somebody publishes a book that is filled with erroneous information about, for example, how to do this or how to do that? Maybe it's erroneous information that's got false advertising in it and so on. Is the government powerless to prevent the publication of a book, for example, that's filled with false statements, false advertising? Well, you're saying two different things, filled with false statements and false advertising. Let's start with false advertising. If it's purely false advertising, then the government may be able to stop the production of a distribution of purely false advertising. What happens if the first half of the book is false advertising? Maybe the first half of the book is the decline and fall of the Roman Empire, but the second half is false advertising, and you buy the magazine for the pictures, you buy the book for the second half. So it's not purely false advertising, but there's a lot of false advertising in it. Well, then we may fall in a situation if the Court looking at the book to determine whether it's inextricably intertwined or not. If you have a complete book on the front end, and then you have nothing but an ad, ads all the way at the end, then you may have an issue with that distinction. But what happens if the magazine, like most magazines in the United States, has lots of ads and also a lot of articles and stories and interviews in there as well? Do we get to a point where the government is now parsing out each ad, saying, well, this page is this, and this magazine contains this percentage of ad, this percentage of political speech? It's too burdensome to try to do. What are we supposed to do with this book? Are we supposed to consider it in isolation, or is the government allowed to treat it as part of an overall sort of, I don't want to call it system, or overall campaign against the tax laws that seems, I'll say it this way, misguided? I think what the government wants to say is this book exists like the books in estate planning and in Butteroff and the Kahn and Raymond and these other cases that were cited from the Seventh and in the estate planning from the Ninth, where the publications had one purpose, one purpose only. They were to advertise the trust product or the group that was putting forward the tax information. None of the products stood alone. In other words, if the author or the people that put together those trust packages died, would those papers survive and be a viable document for people to read? And the answer is no. No, because they admitted, for example, Mr. Butteroff admitted flat out this is for commercial purposes only and the only reason I have these documentations is to sell my trust product. Mr. Schiff's book is different. It was published over 13 years ago. It stands alone. You read it and you can dispute everything in it. You can be enticed by it and want to read more. But what you can't have happen is you can't be enticed to immediately go out and engage in some eminent lawless action. Would you be enticed to take one of his seminars? I think you might be interested in listening to a seminar. And he sells the seminars, right? That's a commercial product. He does put on seminars, yes. For money? I think he does charge money on some and others are free. For example, depending on the definition, he goes on the radio and you can listen to him on the radio at no charge. The point is that the book can be read alone and you can refute it. You can agree with some principles. But most importantly, it's going to make you think. And most importantly, the book contains the sources from which he comes up with his opinions. And you can read those sources. And you can read the Constitution and he cites it and the case law that he cites and the opinions. Now, one of the things that puzzles me about this case, we are, of course, talking about the book as well we might because there is, at the moment, a book. The injunction doesn't talk about this particular book. It talks about books generically. Is that a problem? I think the judge is referring to this book because that's the only book that was brought into the case. But I think it is maybe a problem. And do you concede that the book comes within the scope of the injunction as it's written? Yeah, I believe the book is banned under the injunction. And is there no other book in question at the moment? I mean, we're not talking about another book he wants to sell. Well, that might not be clear from the injunction, in fact, because the way the injunction is written, it kind of runs into some of the same problems that the appellate courts in the Seventh Circuit talked about with Kahn and Rainman. These are broad injunctions. And to the extent that you're saying that this activity stopped without giving some guidance, we're concerned. In other words, if the court is saying these other books are part of this plan but they've never been brought up in the case at the preliminary injunction hearing. As far as I can tell from the record, they don't exist at the moment. Well, I mean, you mean they weren't referred to by the court. Well, we've got one book that they keep talking about. Exactly. But the question is, and that's a good question, what about these other books? Are they – have they been pulled in through this broad injunction or are they not? It has a major – the injunction has a major chilling effect because of that, the way it was so broadly written, which is exactly what the Seventh Circuit had to adjust in Kahn, saying that this injunction is limited to commercial speech aspects. Okay. Now, that helps me on that part. Okay. What is the Federal Mafia? You've had copies – you have copies of the book. We know, and the district court acknowledged, it's largely and mostly autobiographical. It's historical. It has discussion about economics, and it has discussion about his theories. Whether they're wrong or right, they are his theories and his beliefs on interpretation of case law and the code. And what's interesting about theories about law is that law does change. And what is right today, someone may decide differently later. I mean, maybe not in this context, but the point is, maybe it encourages change, too. I mean, if the writers that encouraged abolition of slavery stopped after the first cases were all lost, where would we be today? Someone had to keep pushing. And that's what Mr. Schiff does. He views that the courts are wrong. He believes that the courts have misinterpreted the case law from the earlier cases and the actual statute. He's not opposed to taxes. I think that's important and can be read in the book. What he's opposed to is the taxation done improperly, in his opinion. But the key here is that his opinions may be wrong, but that's what's protected by our First Amendment. This book is not commercial speech because it does not merely propose a commercial transaction. And, yes, in the book he says, I also have these other books I sell. Well, that simply does not bootstrap into making this entire book a commercial transaction. And, yes, in the book he does talk about the zero income tax return. But think about the context that he talked about it in. He has eight figures in the chapter 11, figures in Chapter 8. Eight are IRS codes. He does have a zero income tax return in there as like an exemplar. But what does he do with the context of that exemplar? He discusses a situation he had when he was having legal problems and had written a letter to somebody and explained his position of that zero income tax return, and that is now a figure in the book to explain that in that context. So to the extent that the zero income tax return is in there, it's inextricably intertwined with the nature of the book, the autobiographical aspects of it. It's not separate. The government says this is a how-to book. Well, it's not. This is not a cookbook where you open up, there's a blank form with a perforated page like California Judicial Council forms where you fill it in, you pull it out, or photocopy. It's simply not that. It doesn't read that way. It's not that way. So the judge in the district court erred in two ways. First, he applied the wrong test. It's a two-separate test. Second, he tried to suggest that it's just a tie-in book, but the book simply is not. He admits that it's largely autobiographical and deals with Mr. Schiff's, what he calls his, diatribes and theories about tax law. Well, his own statements there take this out of the realm of commercial speech as that, as commercial speech is defined by this Court, and I believe it's the same definition of the United States Supreme Court. So then I move to the issue of this eminent lawlessness. There's not one shred of evidence that this created an immediate impact on someone to break the law. In all the cases cited by the government, what you had was a face-to-face meetings. They were public meetings. They were telling people how to get things done right there and then. This book clearly doesn't do that. It's over 200 pages. You have to read it. You have to digest it. And there's not one shred of evidence that anybody at any time ever ran out immediately after reading this and started engaging in legal action. There may be a shred of evidence that if they didn't run and if they didn't do it immediately, they might nonetheless have done it, encouraged by the book. That may be. But that same theory could apply to any book you read. If you read a nonfiction book or a fiction book or nonfiction, you read it and you may do something after. You may emulate it. You may copycat it. But that doesn't mean that the book creates that eminent lawlessness. It doesn't attempt to produce that. There isn't the intent aspect of it that was talked about in my brief with the Dr. Spock case. Yes, Dr. Spock encouraged people not to participate in the draft. But he didn't have the effect of immediately saying, don't do this, stop this, burn your car, do this right now, a how-to like that. And the same is true here. You're right. Somebody may choose to act a certain way after reading this book. But that could be of any book. You could read the King James Version of the Bible and interpret that in certain ways and do things. Or you can read it and apply it to other things you've learned and read and make a final decision. Every case cited by the district court where he claims somebody has acted on this book, the litigant in that case stated unequivocally in each case, yeah, I read Mr. Schiff's book, but I read other books. And I followed up and read the Constitution. Because I don't just believe what somebody says. I will follow up and do this myself. And these are my beliefs. I think it was Mr. Dentise in the Dentise case, in fact, said he had already formulated these positions. He had already read the Constitution, read the IRS code and came up with them. He read Mr. Schiff's book. He agreed with many of the principles in it, but that he would never just rely on one person. So even the case law cited by the district court in support of his position actually supports the complete opposite position. Can I ask you, before you get to the time you want to save for rebuttal, to talk about the customer list? I'll just say it right out. That seems to me the weakest part of the government's case, and I'd like to hear you address it. Well, yeah. The government wants this reader's list. Where this comes from, this only came out of the order. It wasn't part of the argument. It's not something that the IRS code 7408 provides for, the injunction, so it seems like it may even be extra jurisdictional from the court. But it demands a reader's list. For what purpose? It doesn't articulate a purpose, and that has a major chilling effect on the First Amendment. The government says, well, this is not like an association. Well, that's not really exactly correct. People who like to read books that challenge the government are loosely connected. Really what it is, it's all Americans. A sense of wanting to know other views. Maybe there's a truth lingering out there that we want to know. Who will ever subscribe to a book or buy a book from anyone if they know that they are going to be reported to the IRS? And what's the IRS going to do with that information? Are they going to call me and say, I just want you to know that we don't agree with Mr. Schiff's position, and if you follow it, you might be in trouble? Well, that's already in the book. And we audit at one percent, but if you buy the book, your chances of audit go up. I mean, there are all kinds of things that may happen or that may worry, may happen. Okay. It's just a major chilling effect, and I think Justice Reinhart got it right when he wrote the opinion on that, that cited in my brief, that it has such an effect on our sensibilities that we will not want to be involved, we will not want to buy these books. So all the government ever has to do is say, anybody that's getting involved with a protest group, give us their names. Would you like me to discuss the ‑‑ there's also the Internet website, but I think that basically covers the forced speech issue. Why don't you hear from the government and then you've got a lot of time left. Thank you. Good morning. May it please the Court. The First Amendment does not protect fraud, and counsel for Mr. Schiff ignores the fraudulent tax advice in the book as well as the relationship between the book and the fraudulent tax scheme business. Tell me why this is fraud. This is fraud because it's fraudulent tax advice, because he advises his customers that there is no tax law that requires the payment of taxes and then instructs how to get out of the tax system. I understand this version of fraud, which is not quite Mr. Schiff, when I say I'm going to sell you a box full of ten widgets, I promise it's ten widgets, you'll really like the ten widgets, I sell you the box, it's a closed box, you give me $100, I leave, you open the box and it's got a dead dog in it. That's fraud, okay? Now, what Mr. Schiff is selling is a book that's full of, in the government's view, nonsense. But he's selling a book, and okay, there are lots of books out there that have lots of nonsense. Is every book that has nonsense in it fraud? No, and we're not trying to enjoin what you want to refer to as the nonsense, the theories, the injunction. We're not seeking to enjoin the book, but the fraudulent tax advice. I'm trying to figure out why is it fraud. I understand it may be incorrect. Why is it fraudulent advice? Because he tells his customers that they can, without getting convicted or getting into trouble, can file false W-4s with their employers saying that they're exempt from taxes and returns with the government claiming zero income. Who is Mr. Schiff defrauding? I mean, he's encouraging, as it were, the people buying the book to defraud the government. Is he defrauding his book purchasers, too? Yes, he is, Your Honor, because he tells them that they won't get into trouble, that they can do this legally without civil penalty, without criminal conviction, and that's fraudulent in the sense that this Court found in State Preservation. And you're correct. It's also a fraud on the government. And he's instructing people to lie to their employers and to lie to the government. I want to follow up on a question. Pardon me, but you made a comment that you're not trying to enjoin the book. You're trying to get at the part that instructs people to violate the law. That's correct. Doesn't the injunction enjoin the book? The injunction order itself does not say we're enjoining the Federal Mafia or even books generically, but enjoins categories of speech, such as books containing material that provide direction for filing false W-4s and frivolous tax returns with the government. In the proceeding of the book ---- Actually, let's get right down to brass tacks. The injunction is, among other things, against, quote, assisting others to violate the tax laws, including the evasion or assessment or payment of taxes, through any means, including selling services, books, or other materials that provide directions to how to fill out fraudulent or false tax forms. Okay. That's what it says, books. Okay. Right. That do this. But this specific book is not named. That's correct, Your Honor. Counsel for Schiff below during the TR hearing, and we pointed this out in our brief, made the representation that the only one of Mr. Schiff's books that actually had tax instructions, instructions for filing the zero return, was the Federal Mafia. So, therefore, the focus of this litigation was on the Federal Mafia. And the court below and the Department of Justice in the proceedings below were always working under the understanding that the government was just trying to take out the fraudulent tax instructions and not ban the book as a whole. Counsel for Schiff in the opening brief, I think it's page 14, actually quotes from the transcript where the district court says, the government has said if you take out sections like the instructions in Chapter 8, the rest of the book is publishable. And the order itself, the injunction order itself, expressly says that legitimate tax advice as well as just mere advocacy, he can continue with that, but not instructions and not, you know, instructions for violating the law and not false advertising. Counsel for Mr. Schiff says that this is not a how-to book. That ignores the district court's finding and it also ignores how the promoters market this book. They market it as a how-to book. And they market it as, in their words, the starting point for the zero income scheme of getting out of the tax system and says that the book will show you how to legally stop paying taxes. So the omissions made below undermine counsel's argument here. Now, numerous courts, including this Court in the State Preservation, have enjoined tax evasion schemes similar to this one, even when the material or part of the scheme is contained in a book. Schiff and the amici in this case have not cited one single case where the government was not allowed to enjoin similar tax scheme materials on First Amendment grounds. And they argue that those cases are different. But I think by arguing, trying to distinguish those cases, they really show how similar they are. They say that in cases like a State Preservation, the promoters there were in the business of selling a tax evasion scheme that was wholly unsupported by the Internal Revenue Code. Well, the same is true here. The promoters admit below that they were involved in the business, in that business they held seminars, they sold books, they sold tapes, all showing people how to get out of the tax system. And it almost goes without saying that the theory that wages aren't taxable is wholly unsupported by the Internal Revenue Code. They also say that the decided cases had tax evasion instructions. As I discussed previously, so does the federal mafia, and admittedly so. They admit in the answer as well as in the TRO. And in Schiff's own words in his advertising, we have an example throughout the supplemental excerpts, but I'm quoting from page 4, that the federal mafia explains the procedures used by thousands to legally stop paying taxes, and it provides the information and documents required to merely stop your wage withholding. So the focus on procedures and information and documents, that just highlights how it is, as the district court found, a how-to manual. It's a factual finding. It's not clearly erroneous. At the moment, is the only book in question this federal mafia book? Yes. There may be other books, but you're not arguing that they come within the scope of the injunction? No. No, we're not. It's just that federal mafia, based on counsel Blow's representation, that's the only one that actually contains instructions for filing these zero-income returns. Now, I mean, I have an intuitive answer to this, but I'd like to hear your answer. This is not a book that instructs somebody how to build an atomic bomb. This is not a book that gives sort of secret information as to how you get into the bank vaults and commit a crime. This is information as to how you file sort of income tax returns that, if the IRS audits you, you're going to be in big trouble. That's correct. And it's not necessary to have something that goes to national security. It's well settled. Eight, ten cases that we cite in our brief where fraudulent tax scheme information, even that included in books, could be enjoined. The Supreme Court recently in the Madigan case said that you could enjoin fraudulent statements made during charitable solicitations. Now, the charitable solicitation itself may be political speech, but if fraudulent statements were made during the course of that sort of charitable solicitation about what kind of fraud are we talking about. If I'm running a charity that pretends to be a charity and I say, please give because I'm going to help the children of Biafra, you give the money and I help the children of, well, my household, that's fraud. And those statements that I use that are fraudulent in soliciting the money, that can be enjoined. I understand that. Because I'm taking the money. I'm not providing what I said I was going to provide. This is a little bit different. That is to say, he's saying, you give me $10 for the book, here's the book. Now, the book contains a bunch of nonsense. But I gave you the book, it just turns out the book has a bunch of nonsense in it. Why is that fraud on the person purchasing it? It's fraud on the person purchasing it because he doesn't just say, here's a book. It's here's a book that will give you instructions on how to legally stop paying taxes. It's a fraud on that consumer. There are an awful lot of legal books out there that have pretty bad advice. Are they also, is the selling of those books also fraud? Whether there's a law that would cover that, I don't know. There's outlines. There are a lot of bad Gilbert's outlines out there. I wrote one. I consider record actions in law school myself, Your Honor. The focus here is on the tax law. Whether there are other laws out there that permit to enjoin other types of legal fraud, I'm not really sure. We didn't do exhaustive research because the law is so well settled that in the area of selling fraudulent tax advice, that is something that can be enjoined. This Court has so held, as well as numerous other courts. The fact that the Federal Mafia also contains political speech is not grounds for distinguishing it from the other decided cases because the material, the political material in the book is not subject to injunction, as I said before. And political speech doesn't immunize the book's fraudulent conduct and tax advice. And numerous of the decided tax decisions, like Raymond, like Kahn, like White, the books and pamphlets issued in those cases also had political speech, political commentary, political theories, nonsense, as you said before, in addition to the instructions, the fraudulent tax instructions. And those books were enjoinable. The speech in this case, the political speech, as well as the fraudulent tax advice and false commercial advertising, both on the back of the book and inside the book, are not inextricably intertwined. As the district court found, Schiff can publish his advocacy without the illegal tax instructions, and indeed his own behavior demonstrates that. You know, the numerous books, based on the representation of his counsel below, he's written numerous books that have tax theories without giving the actual tax instructions. And this — Can you ask, if I may, about this injunction of hand over the list of all the people who buy this book? Where's that coming from? Well, it was — it's actually been in the case since the — two points. There were other decided decisions where customer lists were part of the injunction order. It was in the Smith case and Bell and Abdo. In this case, it comes from the government's complaint. The request has been in the case since the complaint. I think it's page 18 of the excerpts of record. And, frankly, that issue, I realize it bothers Your Honor, but I do want to point out that it has been waived. They never challenged it. There was lots of briefing that took place between the complaint and the district court's order. It was never raised. Even after the district court's order granted, preliminary injunction order granting the government's request for the customer list, there was no complaint filed about the customer list. Even though Mr. Schiff filed a motion for clarification, he filed a motion for reconsideration, he made lots of arguments. None of them focused on the customer list. Now, focused is different from never mentioned. Not mentioned. I'm sorry. Not mentioned. You're absolutely right. But not even mentioned. Not raised. So your position, I'll hear from the other side, but your position is an objection to including the customer list in the injunction was never raised in the district court? That's right. Okay. That's correct. But it really does. Let's wait for a moment that it was raised. And I understand that you're not conceding that. Sure. Can you respond to me on the merits? Yes. Why are you entitled to the customer list? Well, there is no First Amendment problem with the customer list. Consumer transactions, the buying and selling of, in this case, tax products and tax services, doesn't give rise to a First Amendment right. And we cite numerous cases in our brief that said there's no First Amendment right with the relationship between the buyer and the seller, even if it's being sold. But this flips the relationship. Your argument as to why he shouldn't be able to sell the book is that, well, there's a lot of stuff in this book that's, you know, his opinions about the tax law. That's okay. He can do anything he wants about that. But he just happens to have parts of this that are instructions that are clearly wrong and are clearly going to lead to people relying on it and da-da-da-da-da. Okay, so he can't do it. That's your argument, and I understand that. But now I'm a customer, and I say, well, I'm buying this not because of those little tax forms things. I'm buying it because I'm really kind of a tax protester. I want to read about this stuff. I'm not buying it for that stuff. There are going to be a lot of people like that. So why are you entitled to their names? Because they were customers, and they have been fraudulent. Well, no, I understand they were customers. And the government is entitled to. There's another part of the order that says that everybody who's, all the customers have to be sent a copy of the court's order to notify them that they have been sold a fraudulent product. And the government needs a list of those customers to ensure that that part of the order, which has not been objected to, has been complied with. Well, I understand. You're telling me nothing as to the customers it's objected to. So I'm not after the objection question. That's a separate issue, and I may resolve it in your favor. But would the government be willing to stipulate, well, okay, we'll take the addresses so we can send it out, but we're otherwise, or we'll even put it in sort of an escrow. Somebody else will send it out, but we're not going to keep those addresses. We're not handing them over to the IRS for enforcement purposes. Well, they know of no law that would prevent the government from giving it to the IRS. So the IRS would kind of like to have these names so it can flag the returns. The IRS is obligated in Congress to investigate any potential violation of the tax laws. Why can't the IRS just have a look? I mean, if it's a zero income tax return, it'll have zeros on it. That's a signal. And the IRS does make an effort, and it's been very organized over the past three years, to collect these returns, but it gets, what, 200 million tax returns a year, and some may drop between the cracks, and so. It is a shortcut. You could call it that. Or maybe an assistance. But for the purpose of this case, which is. So we've assisted, we've engaged the district court to assist the IRS in its collection efforts. And there was nothing wrong with that. There's no law that I know of that would prevent them from doing that, Your Honor. Is there any law that affirmatively authorizes it? There actually. Well, 7402, one of the injunction provisions that the district court relied on, says that the court can issue any order to prevent the obstruction of the tax laws. There's also, with regard to tax return for payers, which all three promoters, the district court found they were, there's a law that requires tax return promoters to keep a list of their customers and make it available for the IRS to look at. So with regard to that portion, there is a law. But you don't want a list of people who bought the book. We want a list of their customers. It wasn't targeted for the book. And on that point. Oh, so even broader than just buying the book. They're books and services. They're tax preparation services. But including the book, then. Including the book. So if you buy the book, you want that name. That's correct. Yeah. That's correct. In closing, Schiff and the other promoters are free to advocate changes in the current tax law, but there is no, as I said before, no First Amendment right to commit fraud. To adopt Schiff's position that putting illegal tax instructions and false advertising inside a political book immunizes that fraudulent conduct is not only inconsistent with the case law that we've discussed, but would also make bad policy, because in the future, abusive taxing promoters would just reformulate their materials to look like the federal mafia, and there would be nothing the government could do to protect consumers and to protect the public tax system. I would like to remind the Court that a state of the injunction has been in place since September. And since that time, the promoters have been free to continue selling their fraudulent tax evasion scheme. And we're in the middle of another tax season. I guess I probably don't need to remind the Court of that. And we respectfully request that the Court lift the stay and affirm the injunction order entered by the district court. Yeah. I think I should know this, but I don't. Did the district judge voluntarily stay? Is that why? Why do we have the stay? No. This Court issued a stay on September 3rd. Yes. Yeah, okay. I should know that, but I did not. Yeah. Do we have any other questions? Okay. Thank you. Thank you for your audience. I think the government forgets that we're here on a preliminary injunction hearing. That's a very high standard. This is not a situation where we've had a full jury trial, and they have determined, as a matter of fact, You're not going to get a jury trial. This is an injunction case. Well, a preliminary injunction hasn't been issued either. But the point is, and there are factual issues, but the point is, is that the standard for a prior restraint is the highest standard there is with respect to this issue. And it appears that the government is no longer arguing that this can be enjoined as the district court made its decision based exclusively on that, but that it's fraud. The problem with that is that if it's not commercial speech and it's just false speech, that's protected. That's completely protected speech. And if someone who purchases the book feels that they've been defrauded, they can have a civil action. But the point is, is that the government has not come up here in their briefing or orally and said, Here's the how-to in this book. Because it's not in the book. The book expresses his opinions. And I think the most important thing when talking about the W-4 is Mr. Schiff goes, But by the way, if you do this, this is my opinion of how this should be, but if you do it, you're probably going to get fined a lot of money, and you could go to jail. And that's what he says in Chapter 8 dealing with the W-4 problem. Yeah, he believes that you have a he correctly articulates that you have a right to set forth exemptions. That is factually correct. That is legally correct. Now, he also believes that based upon his interpretation of the code sections, that you should be able to take a zero, a complete exemption and declare zero income. The government argues that the injunction only reaches the how-to portion. Your argument appears to be that there is no how-to portion. Yeah. How are we parsing this? How are we redlining the book? And that's the problem, I think. Well, is there a how-to portion? I don't think so. You're arguing that even if it were limited to the so-called how-to portion, it should fail because there is no such evidence. I think there's a how it should be book, how I opine it should be book, but I don't think the book is merely a step-by-step way to get us. Well, maybe you ought to keep selling the book because the injunction doesn't name the book. Sell the book and see what happens to you. Well, I think that we were before a contempt of court when the stay was put in place, and I think the issue is the book. I mean, the book is clearly the ‑‑ I was not an original counsel on this, so I cannot speak to the alleged representations by any counsel, but the way the book, in the injunction, the judge, George, specifically refers to the Federal Mafia, and all of his analysis is based upon that book. Yeah. So we know what book he's referring to. And you were threatened with contempt. Yeah. I wasn't, but my client was. But the ‑‑ uh-huh. So, again, reference to this Court's decision in the estate planning case is completely misapplied. There, you know, there's ‑‑ the government just stated to you that they also dealt with political issues. I didn't read that in the case, so I'm not sure where that comes from. What the case said was that these documents existed solely and for no other purpose but to promote the book. In other words, they ‑‑ excuse me, to promote the tax shelter, which in that case was a trust. So all those cases are not the same here. This book does not exist solely for any other thing that Mr. Schiff may do. There's no trust that he ‑‑ specific trust or product he's selling. Yes, he does do lectures on his opinions. Yes, he has written other books about the economy. And, yes, he does sell other books like the IRS Code, which he's probably the number one seller of the IRS Code in the country. But that, you know, touches on the reader list issue that I'll close with in 34 seconds. If I order nothing more than the IRS Code from Mr. Schiff, now I know that the government's got my name and is now investigating me. Because why else do you want my name if you don't want to investigate me? And now I'm not going to want to buy that book. In fact, if that's what's happening, I'm scared to buy a book from anybody unless it can be anonymous. Yeah, what about the waiver point? Is it true that you never raised this in the district court? The issue was never raised in the pleadings, and it was never raised during the process. It came out as a remedy. So the government never asked for this? Not that I'm aware of. It's not in the complaint. And after they got it, you never said, what, pulled the phone? Well, after the preliminary injunction came out and I was retained, there was immediately ‑‑ we filed a timely notice of appeal. But you never went back to the district judge and said, where did this come from? I did not. I was not ‑‑ But your contention is it was never asked for. The judge, George, made it up? He entered it in his order. That's correct. I know he entered it in his order, but I'm asking a different question. It was not litigated. It was not raised. It was not in the pleadings. It was not in the papers. It was not in an oral argument. And it was simply never sought by the government? It just kind of showed up? Yes. Well, I guess we'll find out. We'll go back and look. Yes. And also, I cited a case that I think is on point that this Court can take that issue as long as it deals strictly with legal issues and not any factual disputes. So I think even if it wasn't raised based upon its constitutional nature in the case law I cited on that issue, you can still take it on appeal. Okay. Thank you. Thank you very much. Thank both counsels for your very useful arguments. The case of United States versus Schiff is now submitted for decision. The last case on our argument panel calendar this morning is City Solutions versus Clear Channel Communications. Good afternoon, Your Honors. May it please the Court.
judges: Hug, Alarcon,w. Fletcher